NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK A/S AND NOVO NORDISK INC.,**
*Plaintiffs-Appellants,*

v.

**CARACO PHARMACEUTICAL LABORATORIES, LTD., AND SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees.*

---

2011-1223

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-40188, Judge Avern Cohn.

---

## ON MOTION

---

## ORDER

Upon consideration of the unopposed motion to reform the official caption,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 1 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Mark A. Perry, Esq.
     James F. Hurst, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2011

JAN HORBALY
CLERK